# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : NO. 903 |
| | : |
| APPOINTMENTS TO CONTINUING | : SUPREME COURT RULES DOCKET |
| JUDICIAL EDUCATION BOARD OF | : |
| JUDGES | : |

## ORDER

**PER CURIAM**

**AND NOW,** this 19th day of January, 2022, the Honorable Ellen H. Ceisler, Philadelphia, and the Honorable Elizabeth K. Kelly, Erie County, are hereby appointed to the Continuing Judicial Education Board of Judges for a term expiring December 31, 2024.